UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY J. BRODZKI,           ) | |
| )  | |
| Plaintiff,          ) | |
| )  | CIVIL ACTION NO. |
| VS.           ) | |
| )  | 3:09-CV-2068-G |
| CPD,           ) | |
| )  | **ECF** |
| Defendant.          ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

November 30, 2009.

_/s/ A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**